UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
02 NOV 20 AM 9: 24
CLERK U.S. DISTRICT COURT
S.D. OF IA

\*\*\*AMENDED\*\*\*
JUDGMENT IN CIVIL CASE
CASE NO.: 4:00-cv-90695

Midwest Oilseeds, Inc.

    Plaintiff

v

Limagrain Genetics Corporation
f/k/a Callahan Enterprises, Inc.

    Defendant

__√__ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED: that judgment is entered in favor of the plaintiff against the defendant on the Breach of Contract claim for $34,494,450.00.

    IT IS FURTHER ORDERED AND ADJUDGED: that judgment is entered in favor of the defendant against the plaintiff on defendants' Breach of Contract counterclaim for actual damages in the amount of $1,810,055.00.

November 20, 2002                                JAMES R. ROSENBAUM

_____                        Clerk
Date                                                      _____
                                                      (By) Deputy Clerk/L. DeFrancisco