UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
MAR 18, 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**JUDGMENT IN CIVIL CASE**
**CASE NO.: 4:00-cv-90695**

Midwest Oilseeds, Inc.

      Plaintiff

v

Limagrain Genetics Corporation,
      Defendant

_____ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: that attorney fees in the amount of $481,770.78 are taxed as part of costs against defendant and in favor of plaintiff.

    IT IS FURTHER ORDERED AND ADJUDGED: that Midwest Oilseeds is awarded prejudgment interest in the amount of $1,507,075.07.

    IT IS FURTHER ORDERED AND ADJUDGED: that judgment is entered in favor of the Plaintiff on Defendant's counterclaim, and the claim is dismissed with prejudice.

March 18, 2003                                     JAMES R. ROSENBAUM

_____                  _____
Date                                                                Clerk
                                                                         (By) Deputy Clerk/L. DeFrancisco

308-OT-42

leading # 330