IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MIDWEST OILSEEDS, INC., | * | |
| | * | 4:00-cv-90695 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LIMAGRAIN GENETICS CORPORATION, | * | |
| f/k/a CALLAHAN ENTERPRISES, INC., | * | MEMORANDUM OPINION |
| | * | AND ORDER |
| Defendants. | * | |
| | * | |

Before the Court is Plaintiff's Supplemental Application for Attorneys' Fees and Non-Taxable Costs (Clerk's No. 352) filed May 2, 2005. This Court previously awarded Plaintiff attorney fees (Clerk's No. 329) pursuant to Iowa Code §§ 625.22 and 625.24 on March 13, 2003. On October 14, 2004, the Eighth Circuit awarded Plaintiff $62,682.93 in attorney fees associated with the appeal that Defendants took in this case. Since that time, Defendants applied for writ of certiorari to the Supreme Court of the United States. The Supreme Court denied Defendants' petition on April 18, 2005. The present motion seeks reimbursement for attorney fees and costs incurred while responding to Defendants' unsuccessful Petition for Writ of Certiorari. Defendants filed no Resistance to this request for additional attorney fees and Plaintiff filed a Notice of No Opposition (Clerk's No. 362) on July 1, 2005. The matter is fully submitted.

Plaintiff requests this Court to award $7,966 in attorney fees and $838.16 in costs for a grand total of $8,804.16. Accompanying Plaintiff's request was: an affidavit from attorney Edward M. Mansfield from Belin, Lamson, McCormick, Zumbach & Flynn; an itemization of the fees and costs

incurred at The Belin Law Firm; an itemization of the fees and costs incurred at Bradley & Riley, P.C.; and a copy of the brief submitted by Plaintiff in response to Defendants' petition for writ of certiorari. Plaintiff provided the following breakdown of fees and costs:

    Ed Mansfield, Belin Law Firm – 21.5 hours – $5,590 (hourly rate of $260)

    Paul Burns, Bradley & Riley – 13.2 hours – $2,736 (hourly rate of $180)

    Printing costs for opposition to Limagrain's cert petition – $659.12

    Westlaw computer research – $168.58

    Photocopying – $8.80

    Postage – $1.66

The Court finds that these rates are reasonable and Plaintiff is entitled to the above listed amounts pursuant to the terms of the parties' contract and Iowa Code § 625.22. Defendants did not resist any of the submitted fees or costs, and accordingly Plaintiff's Supplemental Request for Attorney Fees and Costs (Clerk's No. 352) totaling $8,804.16 is GRANTED.

    IT IS SO ORDERED.

    Dated this ___6th___ day of July, 2005.

_____
ROBERT W. PRATT
U.S. DISTRICT JUDGE