IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MIDWEST OILSEEDS, INC., ) | Case No. 4:00-CV-90695 |
| ) | |
| Plaintiff, ) | |
| ) | SATISFACTION OF JULY 6, 2005 |
| v. ) | JUDGMENT |
| ) | |
| LIMAGRAIN GENETICS CORPORATION, ) | |
| f/k/a CALLAHAN ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff Midwest Oilseeds, Inc. ("MO") and states that the judgment entered herein on or about July 6, 2005 awarding MO $7,966 in attorney fees and $838.16 in costs has been paid and satisfied.

BELIN LAMSON McCORMICK ZUMBACH
FLYNN, A Professional Corporation

By _____
Edward M. Mansfield           PK0015317

The Financial Center
666 Walnut Street Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 243-7100
Telecopier: (515) 243-1408
E-mail: emmansfield@belinlaw.com

Paul D. Burns
BRADLEY & RILEY PC
2007 First Avenue, S.E.

- 1 -

- 2 -

P.O. Box 2804
Cedar Rapids, IA 52406-2804
Telephone: (319) 363-0101
Telecopier: (319) 363-9824
E-mail: pburns@bradleyriley.com

ATTORNEYS FOR PLAINTIFF MIDWEST OILSEEDS, INC.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on _July 21_, 2005 by

☐ U.S. Mail                    ☒ FAX

☐ Hand Delivered               ☒ Electronic Mail

☐ FedEx/ Overnight Carrier     ☐ Other

George Pazuniak
Francis DiGiovanni
Connolly Bove Lodge
  & Hutz LLP
1220 Market Street
P.O. Box 2207
Wilmington, DE 19899

David Phipps
John Fatino
Whitfield & Eddy, P.L.C.
317 6th Avenue
Suite 1200 on Locust at 6th
Des Moines, IA 50309-4195

Michael Rosiello
William Padgett
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

Signature: _[signature]_

d:\ml113\satisfaction-7-21-05.doc